ACCEPTED
06-14-00079-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/28/2015 2:59:14 PM
DEBBIE AUTREY
CLERK

Cause No.: 06-14-00079-CV

## IN THE COURT OF APPEALS
## SIXTH DISTRICT OF TEXAS AT TEXARAKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/28/2015 2:59:14 PM
DEBBIE AUTREY
Clerk

**MONDEE STRACENER, Appellant**

**V.**

## DOUG STRACENER, BERNICE L. STRACENER AND
## JOEY KEITH STRACENER, Appellees

## APPELLEES' RESPONSE TO MOTION FOR ADDITIONAL TIME TO FILE BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Come now, Doug Stracener, Bernice L. Stracener, and Joey Keith Stracener, hereinafter referred to as Appellees, and file this Response to Appellant's Motion for Additional Time to File Appellant's Brief.

I.

Appellees would show the Court that this matter has been pending since February 21, 2006, in the District Court of Upshur County, Texas. There have been repeated hearings involving a division of the property and other matters including temporary restraining orders and injunctions.

II.

The instant case was the subject to an appeal to the Twelfth District Court of Appeals in Tyler in Cause No.: 12-10-000270-CV, which appeal complained of the findings of the Honorable Richard Davis. The case was affirmed in all ways by the Court of Appeals and remanded to the Trial Court for further proceedings.

From and since that time, the Appellant has caused delay after delay and has objected to every order of the trial court. Thereafter, the trial court entered a final order which has been appealed to this Court.

III.

Appellees would show that delay has resulted in manifest hardship and injustice to the Appellees in that they have been unable to sell or use their property, and this suit has been a cloud on the title, preventing them from making any reasonable use of the property.

IV.

Appellees believe that this latest motion for extension is an unreasonable delay and moves the Court to order, pursuant to the Court's previous order, that the brief be timely filed so that Appellees can prepare their brief in response and finally attempt to resolve this matter.

**WHEREFORE PREMISES CONSIDERED,** Appellees respectfully move the Court to deny Appellant's request for an extension of time to file his brief.

Respectfully submitted:

GRIFFITH & GRIFFITH LAW FIRM, P.C.
404 North Titus
P.O. Box 864
Gilmer, Texas 75644-0864
Tel: (903) 843-5005
Fax: (903) 843-5392

By _____
David B. Griffith
State Bar No. 08479300
E-Mail: davidg@griffithlawfirm.com
Attorney for Appellees

## CERTIFICATE OF SERVICE

I certify that on January ___, 2015, a true and correct copy of Appellees' Response to Motion for Additional Time to File Brief has been served on Robert M. Minton electronically at mintonbrown@suddenlinkmail.com and the electronic transmission was reported as complete.

David B. Griffith
E-Mail: davidg@griffithlawfirm.com